# FINANCIAL DISCLOSURE REPORT
## FINAL FILING

Report Required by the Ethics
in Government Act of 1978
(5 U.S.C. app. §§ 101-111)

| 1. Person Reporting (last name, first, middle initial) | 2. Court or Organization | 3. Date of Report |
|---|---|---|
| SAND, LEONARD B. | U.S. DISTRICT COURT:SDNY | 2/21/2014 |

| 4. Title (Article III judges indicate active or senior status; magistrate judges indicate full- or part-time) | 5a. Report Type (check appropriate type) | 6. Reporting Period |
|---|---|---|
| U.S. DISTRICT COURT JUDGE - SENIOR STATUS | ☐ Nomination Date ☐ Initial ☐ Annual ✔ Final  5b. ☐ Amended Report | 01/01/2012 to 12/31/2012 |

**7. Chambers or Office Address**

VOLKMAN & COMPANY
60 E 42ND STREET SUITE 1442
NEW YORK, NY 10165

***IMPORTANT NOTES:*** *The instructions accompanying this form must be followed. Complete all parts, checking the NONE box for each part where you have no reportable information.*

## I. POSITIONS. *(Reporting individual only; see pp. 9-13 of filing instructions.)*

☐ NONE *(No reportable positions.)*

| POSITION | NAME OF ORGANIZATION/ENTITY |
|---|---|
| 1. TRUSTEE | FAMILY TRUST #2 |
| 2. | |
| 3. | |
| 4. | |
| 5. | |

## II. AGREEMENTS. *(Reporting individual only; see pp. 14-16 of filing instructions.)*

✔ NONE *(No reportable agreements.)*

| DATE | PARTIES AND TERMS |
|---|---|
| 1. | |
| 2. | |
| 3. | |

| Name of Person Reporting | Date of Report |
|---|---|
| SAND, LEONARD B. | 2/21/2014 |

## III. NON-INVESTMENT INCOME. *(Reporting individual and spouse; see pp. 17-24 of filing instructions.)*

### A. Filer's Non-Investment Income

☐ NONE *(No reportable non-investment income.)*

| DATE | SOURCE AND TYPE | INCOME (yours, not spouse's) |
|---|---|---|
| 1. 2012 | TEACHING SALARY - NEW YORK UNIVERSITY | $27,000.00 |
| 2. | | |
| 3. | | |
| 4. | | |

### B. Spouse's Non-Investment Income - *If you were married during any portion of the reporting year, complete this section.*

*(Dollar amount not required except for honoraria.)*

☑ NONE *(No reportable non-investment income.)*

| DATE | SOURCE AND TYPE |
|---|---|
| 1. | |
| 2. | |
| 3. | |
| 4. | |

## IV. REIMBURSEMENTS -- *transportation, lodging, food, entertainment.*

*(Includes those to spouse and dependent children; see pp. 25-27 of filing instructions.)*

☑ NONE *(No reportable reimbursements.)*

| SOURCE | DATES | LOCATION | PURPOSE | ITEMS PAID OR PROVIDED |
|---|---|---|---|---|
| 1. | | | | |
| 2. | | | | |
| 3. | | | | |
| 4. | | | | |
| 5. | | | | |

| Name of Person Reporting | Date of Report |
|---|---|
| SAND, LEONARD B. | 2/21/2014 |

## V. GIFTS. *(Includes those to spouse and dependent children; see pp. 28-31 of filing instructions.)*

☑ NONE *(No reportable gifts.)*

| | SOURCE | DESCRIPTION | VALUE |
|---|---|---|---|
| 1. | | | |
| 2. | | | |
| 3. | | | |
| 4. | | | |
| 5. | | | |

## VI. LIABILITIES. *(Includes those of spouse and dependent children; see pp. 32-33 of filing instructions.)*

☑ NONE *(No reportable liabilities.)*

| | CREDITOR | DESCRIPTION | VALUE CODE |
|---|---|---|---|
| 1. | | | |
| 2. | | | |
| 3. | | | |
| 4. | | | |
| 5. | | | |

| Name of Person Reporting | Date of Report |
|---|---|
| SAND, LEONARD B. | 2/21/2014 |

## VII. INVESTMENTS and TRUSTS — income, value, transactions (Includes those of spouse and dependent children; see pp. 34–60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 1. EXXON MOBIL COMMON STOCK | A | Dividend | J | T | | | | | |
| 2. IBM COMMON STOCK | D | Dividend | N | T | | | | | |
| 3. BP AMOCO PLC COMMON STOCK | D | Dividend | M | T | | | | | |
| 4. NIKE INC COMMON STOCK | C | Dividend | M | T | | | | | |
| 5. COMMERCIAL METALS COMMON STOCK | D | Dividend | M | T | | | | | |
| 6. STRYKER CORP COMMON STOCK | D | Dividend | O | T | | | | | |
| 7. TOOTSIE ROLL INDS COMMON STOCK | B | Dividend | K | T | | | | | |
| 8. UNITED COMPANIES TAX DEFERRED ANNUITY | B | Interest | K | T | | | | | |
| 9. KIMBERLY CLARK COMMON STOCK | B | Dividend | L | T | | | | | |
| 10. KIMBERLY CLARK COMMON STOCK | A | Dividend | K | T | | | | | |
| 11. MCKESSON HBOC COMMON STOCK | A | Dividend | K | T | | | | | |
| 12. JP MORGAN CHASE & CO COMMON STOCK | A | Dividend | K | T | | | | | |
| 13. NEW YORK STATE DORM AU MUNI BOND | B | Interest | | | Redeemed | 5/30/12 | K | C | |
| 14. BERMUDA PROPERTIES LTD COMMON & PFD STOCK | | None | J | T | | | | | |
| 15. OLSTEIN FINANCIAL ALERT FUND - CLASS C | | None | O | T | | | | | |
| 16. HAIN CELSTIAL GROUP | | None | K | T | | | | | |
| 17. OLSTEIN FINANCIAL ALERT FUND CLASS C | | None | N | T | | | | | |

| | | | | | |
|---|---|---|---|---|---|
| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| SAND, LEONARD B. | 2/21/2014 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | C. Gross value at end of reporting period (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | D. Transactions during reporting period (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
|---|---|---|---|---|---|---|---|---|---|
| 18. OLSTEIN FINANCIAL ALERT FUND CLASS C | | None | M | T | | | | | |
| 19. NEW YORK TIMES CLASS A STOCK (X) | | None | J | T | | | | | |
| 20. LM WEST ASSET ADJ RATE INC FD | A | Dividend | J | T | | | | | |
| 21. WHIRLPOOL CORP COMMON STOCK | A | Dividend | | | Sold | 4/18/12 | J | A | |
| 22. WINDSTREAM CORP COMMON STOCK | A | Dividend | | | Sold | 4/8/12 | J | B | |
| 23. PUERTO RICO COMWLTH PUB SER A BOND | B | Interest | | | Redeemed | 7/1/12 | K | A | |
| 24. PENNANT PARK INVT CORP | B | Dividend | | | Sold | 7/19/12 | K | A | |
| 25. AUTOMATIC DATA PROCESSING | B | Dividend | L | T | Buy (add'l) | 2/21/12 | L | | |
| 26. GENERAL ELECTRIC | A | Dividend | J | T | | | | | |
| 27. GENERAL ELECTRIC | B | Dividend | L | T | Buy (add'l) | 6/5/12 | K | | |
| 28. INTEL CORP | C | Dividend | L | T | | | | | |
| 29. JOHNSON & JOHNSON | A | Dividend | | | Sold | 7/25/12 | K | A | |
| 30. PROCTOR & GAMBLE | C | Dividend | L | T | | | | | |
| 31. GENERAL ELECTRIC | A | Dividend | K | T | | | | | |
| 32. AMERICAN INTL GROUP | | None | K | T | Buy | 4/18/12 | K | | |
| 33. COHEN & STEERS LTD | A | Dividend | K | T | Buy | 7/26/12 | K | | |
| 34. BERKSHIRE HATHAWAY CL B | | None | K | T | Buy | 3/12/12 | K | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| SAND, LEONARD B. | 2/21/2014 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 35. BLACKSTONE/GSO STRAT CREDIT FD | B | Dividend | N | T | Buy | 9/25/12 | N | | |
| 36. EATON CORP PLC SHS | A | Dividend | K | T | Buy | 6/27/12 | K | | |
| 37. MERCURY GENERAL CP | | | | | Buy | 2/21/12 | L | | |
| 38. | C | Dividend | L | T | Buy (add'l) | 7/25/12 | K | | |
| 39. MET LIFE INC | B | Dividend | K | T | Buy | 2/21/12 | L | | |
| 40. REPUBLIC SERVICES INC | | | | | Buy | 2/27/12 | K | | |
| 41. | | | | | Buy (add'l) | 5/29/12 | K | | |
| 42. | B | Dividend | L | T | Buy (add'l) | 7/25/12 | K | | |
| 43. STONE HARBOR EMERGING MARKET | A | Dividend | L | T | Buy | 10/25/12 | L | | |
| 44. PRUDENTIAL FINANCIAL INC | | | | | Buy | 5/29/12 | K | | |
| 45. | | None | | | Sold | 5/29/12 | K | A | |
| 46. WELLS FARGO & CO NEW | | | | | Buy | 3/12/12 | K | | |
| 47. | | None | | | Sold | 3/19/12 | K | A | |
| 48. ALTISOURCE PORTFOLIO SOLUTIONS | | | | | Buy | 6/27/12 | K | | |
| 49. | | None | | | Sold | 8/21/12 | K | C | |
| 50. OCWEN FINANCIAL CORP NEW | | | | | Buy | 6/5/12 | K | | |
| 51. | | None | | | Sold | 8/21/12 | L | E | |

| 1. Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| SAND, LEONARD B. | 2/21/2014 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 52. PIMCO DYNAMIC INCOME FD | | | | | Buy | 5/24/12 | M | | |
| 53. | D | Dividend | | | Sold | 9/18/12 | N | E | |
| 54. T ROWE PRICE GRP INC | | | | | Buy | 2/21/12 | L | | |
| 55. | A | Dividend | | | Sold | 10/23/12 | L | A | |
| 56. TRUSTS | | | | | | | | | |
| 57. IRA A/C #1 | D | Int./Div. | N | T | | | | | |
| 58. (U.S. TRES SECURITIES, MONEY MKT INTEREST & MUTUAL FUND | | | | | | | | | |
| 59. DIVIDENDS FROM DE GROUP FD & EMERGING MKTS FD) | | | | | | | | | |
| 60. IRA A/C #2 | A | Int./Div. | K | T | | | | | |
| 61. (U.S. TRES SECURITIES, MONEY MKT INTEREST & MUTUAL FUND | | | | | | | | | |
| 62. DIVIDENDS FROM DE GROUP FD & EMERGING MKTS FD) | | | | | | | | | |
| 63. LIFE INTEREST IN INCOME OF FAMILY TRUST #1 | | | | | | | | | |
| 64. VALUE OF TRUST HOLDINGS | F | Int./Div. | P1 | T | | | | | |
| 65. IDENTITY OF TRUST HOLDINGS | | | | | | | | | |
| 66. COMMON STOCK | | | | | | | | | |
| 67. EXXON MOBIL | | | | | Sold (part) | 12/31/12 | K | | |
| 68. GENERAL ELECTRIC | | | | | | | | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| SAND, LEONARD B. | 2/21/2014 |

## VII. INVESTMENTS and TRUSTS -- *income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 69. BRISTOL MYERS | | | | | | | | | |
| 70. VERIZON COMMUNICATIONS | | | | | | | | | |
| 71. NORFOLK SOUTHERN CORP | | | | | Sold (part) | 12/31/12 | L | | |
| 72. NORTHROP GRUMAN | | | | | Sold (part) | 12/31/12 | K | | |
| 73. ZIMMER HOLDINGS INC | | | | | | | | | |
| 74. DU PONT EI DE NEMOURS & CO | | | | | | | | | |
| 75. ARCHER DANIELS MIDLAND CO | | | | | | | | | |
| 76. NESTLE SA (CHF) 1 | | | | | | | | | |
| 77. PRAXIAR INC | | | | | | | | | |
| 78. EMERSON ELECTRIC | | | | | | | | | |
| 79. CUMMINS INC | | | | | | | | | |
| 80. JOHNSON & JOHNSON | | | | | | | | | |
| 81. ORACLE CORP | | | | | | | | | |
| 82. FRONTIER COMMUNICATIONS | | | | | | | | | |
| 83. NEXTERA ENERGY INC | | | | | | | | | |
| 84. UNITED TECHNOLOGIES CORP CONV PFD STK | | | | | Buy | 6/13/12 | J | | |
| 85. WISDOM TREE EMERGING MKTS EQ INC ETF | | | | | Buy | 9/21/12 | L | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| SAND, LEONARD B. | 2/21/2014 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 86. LIFE INTEREST IN INCOME OF FAMILY TRUST #2 | | | | | | | | | |
| 87. VALUE OF TRUST HOLDINGS | B | Int./Div. | N | T | | | | | |
| 88. INDENTITY OF TRUST HOLDINGS | | | | | | | | | |
| 89. SB MONEY FUND | | | | | | | | | |
| 90. CITIBANK BANK NA BANK DEP PROGRAM | | | | | | | | | |
| 91. COMMON STOCKS | | | | | | | | | |
| 92. HAIN CELESTIAL GRP INC | | | | | | | | | |
| 93. KB HOME | | | | | | | | | |
| 94. WELLPOINT INC | | | | | | | | | |
| 95. GENERAL ELECTRIC | | | | | | | | | |
| 96. MUTUAL FUNDS | | | | | | | | | |
| 97. OLSTEIN FINANCIAL ALERT FUND CL C | | | | | | | | | |
| 98. LM CBA EQUITY INC BUILDER (CBA CAP & INC FD CL C) | | | | | | | | | |
| 99. PARTNERSHIPS - LIMITED INTEREST | | | | | | | | | |
| 100. UNDERHILL ASSOC - ORIGINAL COST $6,000 | F | Distribution | | | Closed | | | | |
| 101. 150 LAKE ASSOC. - ORIGINAL COST $3,000 | E | Distribution | | | Closed | | | | |
| 102. RAMCO GERSHENSON PROPERTIES LP - ORIGINAL COST $10,500 | A | Distribution | J | R | | | | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| SAND, LEONARD B. | 2/21/2014 |

## VII. INVESTMENTS and TRUSTS – _income, value, transactions (Includes those of spouse and dependent children; see pp. 34–60 of filing instructions.)_

☐ NONE _(No reportable income, assets, or transactions.)_

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 103. PARTNERSHIPS - LIMITED INVESTMENT | | | | | | | | | |
| 104. OCH - ZIFF CAPITAL MANAGEMENT GRP, LLC | B | Distribution | L | R | Buy | 2/21/12 | L | | |
| 105. KKR FINANCIAL HOLDINGS LLC | E | Distribution | L | R | Buy | 2/21/12 | L | | |
| 106. BANK ACCOUNTS | | | | | | | | | |
| 107. CITIBANK | A | Interest | K | T | | | | | |
| 108. JP MORGAN CHASE | A | Interest | K | T | | | | | |
| 109. CITIBANK N.A. BANK DEPOSIT PROGRAM | A | Interest | K | T | | | | | |
| 110. CITIBANK N.A. BANK DEPOSIT PROGRAM | A | Interest | L | T | | | | | |
| 111. CITIBANK N.A. BANK DEPOSIT PROGRAM | A | Interest | J | T | | | | | |
| 112. MAHOPAC NATIONAL BANK | A | Interest | J | T | | | | | |
| 113. BANK OF INDIA - NY CD | A | Interest | | | Matured | 2/15/12 | M | | |
| 114. BANK OF CHINA - NY CD | A | Interest | | | Matured | 2/24/12 | L | | |
| 115. GE MONEY BANK | A | Interest | | | Matured | 5/21/12 | M | | |
| 116. BANK OF CHINA - NY CD | A | Interest | | | Matured | 5/24/12 | L | | |
| 117. | | | | | | | | | |
| 118. | | | | | | | | | |
| 119. | | | | | | | | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| SAND, LEONARD B. | 2/21/2014 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34–60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 120. | | | | | | | | | |
| 121. | | | | | | | | | |
| 122. | | | | | | | | | |
| 123. | | | | | | | | | |
| 124. | | | | | | | | | |

| | | | | | |
|---|---|---|---|---|---|
| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| SAND, LEONARD B. | 2/21/2014 |

## VIII. ADDITIONAL INFORMATION OR EXPLANATIONS. *(Indicate part of report.)*

The undersigned has small minority interests as a limited partner in the limited partnerships listed in PartVII and is not in a position to obtain data regarding transactions in real property, securities, etc. If any further information is required, please refer to his letter of August 21, 1980 to the Honorable Edward Allen Tamm, Judicial Ethics Committee.

## IX. CERTIFICATION.

I certify that all information given above (including information pertaining to my spouse and minor or dependent children, if any) is accurate, true, and complete to the best of my knowledge and belief, and that any information not reported was withheld because it met applicable statutory provisions permitting non-disclosure.

I further certify that earned income from outside employment and honoraria and the acceptance of gifts which have been reported are in compliance with the provisions of 5 U.S.C. app. § 501 et. seq., 5 U.S.C. § 7353, and Judicial Conference regulations.

Signature: s/ LEONARD B. SAND

NOTE: ANY INDIVIDUAL WHO KNOWINGLY AND WILLFULLY FALSIFIES OR FAILS TO FILE THIS REPORT MAY BE SUBJECT TO CIVIL AND CRIMINAL SANCTIONS (5 U.S.C. app. § 104)

Committee on Financial Disclosure
Administrative Office of the United States Courts
Suite 2-301
One Columbus Circle, N.E.
Washington, D.C. 20544